UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Demetria Jordan,

    Plaintiff,                                    Civil Action 2:14–cv–2053

    v.                                            Judge Michael H. Watson

Carolyn W. Colvin,                  Magistrate Judge Kemp
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER

On December 7, 2015, Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 14-01, filed a Report and Recommendation ("R&R"), ECF No. 20, concerning the disposition of Demetria Jordan's ("Plaintiff") Complaint, ECF No. 2, in this Social Security case. The R&R recommended reversing the decision of the Social Security Administration and remanding the case to the Commissioner and the Administrative Law Judge ("ALJ") for proper interpretation and consideration of one of Plaintiff's consultative examiner's reports and, if necessary, rendition of a new determination about Plaintiff's physical residual functional capacity. R&R 10–11, ECF No. 20.

Magistrate Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure

72(b). *Id.* at 12. Magistrate Judge Kemp specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R, ECF No. 20, is **ADOPTED**. The decision of the Commissioner of the Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Commissioner and ALJ for further consideration of the opinion of one of Plaintiff's consultative examiners.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**